NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In Re: | ) | No. C 07-3232 JF (PR) |
| | ) | |
| BRYANT E. DAVIS | ) | ORDER TO SHOW CAUSE; |
| | ) | ORDER DENYING MOTION TO |
| Petitioner, | ) | PROCEED IN FORMA PAUPERIS |
| | ) | AS MOOT |
| | ) | |
| | ) | |
| _____ | ) | (Docket No. 4) |

Petitioner, a state prisoner proceeding pro se, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The instant habeas action was transferred to this Court from the Central District of California on June 19, 2007. Petitioner has paid the filing fee. Accordingly, Petitioner's motion to proceed in forma pauperis (docket no. 4) is DENIED as moot. The Court orders Respondent to show cause why the petition should not be granted.

**STATEMENT**

According to the petition, an Alameda Superior Court jury convicted Petitioner of second degree murder (Cal. Penal Code § 187) and second degree robbery (Cal. Penal Code § 211). On July 9, 2004, Petitioner was sentenced to a term of ten years in state prison. On direct appeal, the state appellate court affirmed the judgment in 2006.

The state supreme court denied a petition for review in 2006. The instant federal habeas petition was filed on May 11, 2007. The petition was transferred to this Court on June 19, 2007.

## DISCUSSION

### A.  Standard of Review

A district court may entertain a petition for writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a); Rose v. Hodges, 423 U.S. 19, 21 (1975).

A district court shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243.

### B.  Petitioner's Claims

Petitioner alleges the following claims for federal habeas relief: (1) he was denied his Sixth Amendment right to effective assistance of counsel; and (2) he was denied his Fifth Amendment right to an unbiased judge because his waiver of appeal was not voluntary, knowing, and intelligent. Liberally construed, Petitioner's claims are sufficient to require a response. The Court orders Respondent to show cause why the petition should not be granted.

## CONCLUSION

1.  Petitioner's motion to proceed in forma pauperis (docket no. 4) is DENIED as moot because Petitioner has paid the filing fee.

2.  The Clerk shall serve by mail a copy of this order and the petition and all attachments thereto upon Respondent and Respondent's attorney, the Attorney General of the State of California. The Clerk shall also serve a copy of this order on the Petitioner.

3.  Respondent shall file with the Court and serve on Petitioner, within **sixty days** of the issuance of this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should

1  not be granted.  Respondent shall file with the answer and serve on Petitioner a copy of
2  all portions of the underlying criminal record that have been transcribed previously and
3  that are relevant to a determination of the issues presented by the petition.
4      If Petitioner wishes to respond to the answer, he shall do so by filing a traverse
5  with the Court and serving a copy on Respondent within **thirty days** of his receipt of the
6  answer.
7      4.   Respondent may file a motion to dismiss on procedural grounds in lieu of
8  an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules
9  Governing Section 2254 Cases.  If Respondent files such a motion, Petitioner shall file
10 with the Court and serve on Respondent an opposition or statement of non-opposition
11 within **thirty days** of receipt of the motion, and Respondent shall file with the Court and
12 serve on Petitioner a reply within **fifteen days** of receipt of any opposition.
13     5.   It is Petitioner's responsibility to prosecute this case.  Petitioner must keep
14 the Court and all parties informed of any change of address by filing a separate paper
15 captioned "Notice of Change of Address."  He must comply with the Court's orders in a
16 timely fashion.  Failure to do so may result in the dismissal of this action for failure to
17 prosecute pursuant to Federal Rule of Civil Procedure 41(b).
18     IT IS SO ORDERED.
19 DATED: 10/26/07

JEREMY FOGEL
United States District Judge

Order to Show Cause; Order Denying Motion to Proceed in Forma Pauperis as Moot
P:\pro-se\sj.jf\hc.07\Davis232osc            3

1  A copy of this order was mailed to the following:

2

3  Bryant E. Davis
   V-44651
4  Folsom State Prison
   P.O. Box 715071
5  Represa, CA 95671-5071

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order to Show Cause; Order Denying Motion to Proceed in Forma Pauperis as Moot
P:\pro-se\sj.jf\hc.07\Davis232osc             4