OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

FILED

2007 NOV 30 P 4: 10

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES POSTAGE

PITNEY BOWES
02 1A
0004327683
$ 00.41
OCT 30 2007
MAILED FROM ZIP CODE 95113

RECEIVED

NOV 01 2007

ICCC-WC
# NAME.

Bryant E. Davis #
V-44651
RETURN TO SENDER
___ Unable to locate in DDPS
___ Multiple inmates with s
___ Unable to locate in OB
X Name & number don't r

NIXIE     957     DC 1     00  11/28/07

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 95113300837     *1941-14599-02-41

**Filed**

OCT 2 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re:                                    )    No. C 07-3232 JF (PR)
                                          )
    BRYANT E. DAVIS                       )    ORDER TO SHOW CAUSE;
                                          )    ORDER DENYING MOTION TO
              Petitioner,                 )    PROCEED IN FORMA PAUPERIS
                                          )    AS MOOT
                                          )
                                          )
                                          )
                                          )    (Docket No. 4)
_____)

    Petitioner, a state prisoner proceeding pro se, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The instant habeas action was transferred to this Court from the Central District of California on June 19, 2007. Petitioner has paid the filing fee. Accordingly, Petitioner's motion to proceed in forma pauperis (docket no. 4) is DENIED as moot. The Court orders Respondent to show cause why the petition should not be granted.

**STATEMENT**

    According to the petition, an Alameda Superior Court jury convicted Petitioner of second degree murder (Cal. Penal Code § 187) and second degree robbery (Cal. Penal Code § 211). On July 9, 2004, Petitioner was sentenced to a term of ten years in state prison. On direct appeal, the state appellate court affirmed the judgment in 2006.