EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
JOAN KILLEEN
Deputy Attorney General
State Bar No. 111679
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5968
  Fax: (415) 703-1234
  Email: Joan.Killeen@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **BRYANT E. DAVIS,** | C 07-3232 JF (PR) |
|               Petitioner, | |
| **v.** | |
| **MATTHEW C. KRAMER, Warden,** | |
|               Respondent. | |

**RESPONDENT'S EX PARTE APPLICATION FOR FIRST EXTENSION OF TIME**

EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
JOAN KILLEEN
Deputy Attorney General
State Bar No. 111679
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5968
  Fax: (415) 703-1234
  Email: Joan.Killeen@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **BRYANT E. DAVIS,**<br><br>                             Petitioner,<br><br>    v.<br><br>**MATTHEW C. KRAMER, Warden,**<br><br>                             Respondent. | C 07-3232 JF (PR)<br><br>**RESPONDENT'S EX PARTE APPLICATION FOR FIRST EXTENSION OF TIME** |

Respondent[1] respectfully requests that this Court grant a thirty (30) day extension of time, to and including January 27, 2008, to file the answer in this case. Respondent has made no prior request for an extension of time.

As set forth in the accompanying Declaration of Counsel, counsel for respondent needs thirty (30) days to complete and file the answer. Respondent does not believe petitioner will be prejudiced by this request.

---

   1.  Petitioner failed to name the respondent in his petition for writ of habeas corpus. Respondent is the warden of Folsom State Prison, where petitioner is currently in custody.

Respondent's Ex Parte Application For First Extension Of Time - C 07-3232 JF (PR)

1

Wherefore, respondent respectfully requests that this Court grant this application for an extension of time.

Dated: December 21, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

/s/ Joan Killeen
JOAN KILLEEN
Deputy Attorney General

Attorneys for Respondent

Respondent's Ex Parte Application For First Extension Of Time - C 07-3232 JF (PR)

2