1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JOAN KILLEEN
   Deputy Attorney General
6  State Bar No. 111679
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-7004
     Telephone: (415) 703-5968
8    Fax: (415) 703-1234
     Email: Joan.Killeen@doj.ca.gov
9  Attorneys for Respondent

10              IN THE UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE DIVISION

13
    **BRYANT E. DAVIS,**                    C 07-3232 JF (PR)
14
                           Petitioner,
15
         v.
16
    **MATTHEW C. KRAMER, Warden,**
17
                           Respondent.
18

19
    **DECLARATION OF COUNSEL IN SUPPORT OF RESPONDENT'S EX PARTE
20   APPLICATION FOR FIRST EXTENSION OF TIME**

EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
JOAN KILLEEN
Deputy Attorney General
State Bar No. 111679
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5968
  Fax: (415) 703-1234
  Email: Joan.Killeen@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **BRYANT E. DAVIS,**<br><br>                    Petitioner,<br><br>  v.<br><br>**MATTHEW C. KRAMER, Warden,**<br><br>                    Respondent. | C 07-3232 JF (PR)<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF RESPONDENT'S EX PARTE APPLICATION FOR FIRST EXTENSION OF TIME** |

I, Joan Killeen, declare under penalty of perjury that:

I am a Deputy Attorney General of the State of California and am admitted to practice law in this state and before this Court. I have been assigned to represent respondent and to prepare the answer in this case. Respondent has made no previous request for an extension of time.

On October 29, 2007, this Court issued an Order to Show Cause, directing respondent to file an answer to the petition for writ of habeas corpus within sixty days.

I request an additional thirty days from the present due date of December 28, 2007, to prepare and file the answer. This request is not made for the purpose of delay. In the past thirty days, I filed the answers to the petitions for writ of habeas corpus in *Duvardo v. Giurbino*, C 05-

5428 MHP, *Terrell v. Runnels*, C 07-1457 SBA, and *Beloney v. Hedgpeth*, C 07-4327 WHA. Before that, I was out of the country on a prepaid vacation from November 2, 2007, through November 20, 2007. I must also file the answer to the petition for writ of habeas corpus in the previously assigned case of *Beloney v. Evans*, C 07-4649 WHA (PR), as well as the respondent's briefs in the previously assigned cases of *People v. Gutierrez*, H030947, and *People v. Gutierrez, et al.*, A115684, before beginning work on this case.

Petitioner raises two claims for relief in connection with his 2004 conviction for second degree robbery: (1) that he was denied the effective assistance of trial counsel; and (2) that his waiver of his right to appeal was not voluntary, knowing, or intelligent. The second claim was raised, in part, on direct appeal. Because I do not yet have copies of petitioner's state habeas records, I do not know if he has exhausted his first claim.

In light of my current work load, the necessity of obtaining additional state court records, and the necessity of reviewing all of the records to either answer the petition or file a motion to dismiss, I will be unable to prepare and file the answer by the current due date.

I have not contacted petitioner in this case because he is a state prisoner proceeding pro se.

Executed on December 21, 2007, at San Francisco, California.

/s/ Joan Killeen
JOAN KILLEEN
Deputy Attorney General

Declaration Of Counsel In Support Of Respondent's Ex Parte Application For First Extension Of Time - C 07-3232 JF (PR)

2