IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **BRYANT E. DAVIS,** | C 07-3232 JF (PR) |
| Petitioner, | **[PROPOSED] ORDER GRANTING FIRST EXTENSION OF TIME TO FILE ANSWER** |
| v. | |
| **MATTHEW C. KRAMER, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, respondent is granted an additional thirty (30) days to and including January 27, 2008, to file an answer to the petition for writ of habeas corpus. Petitioner may file a reply within (30) days after the answer has been filed and served.

DATED: _____

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE