# DECLARATION OF SERVICE

Case Name:  **Davis v. Kramer, Warden**                          No.:  **C 07-3232 JF (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the Bar of this Court at which member's direction this service is made.  I am 18 years of age or older and not a party to the within entitled cause; I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **December 21, 2007**, I placed the attached **1) RESPONDENT'S EX PARTE APPLICATION FOR FIRST EXTENSION OF TIME; 2) DECLARATION OF COUNSEL IN SUPPORT OF RESPONDENT'S EX PARTE APPLICATION FOR FIRST EXTENSION OF TIME; AND  3) [PROPOSED] ORDER GRANTING FIRST EXTENSION OF TIME TO FILE ANSWER** in the internal mail collection system at the Office of the Attorney General, 455 Golden Gate Avenue, Suite 11000,  San Francisco, CA 94102, for deposit in the United States Postal Service that same day in the ordinary course of business, in a sealed envelope, postage thereon fully prepaid, addressed as follows:

Bryant E. Davis
V44561
Folsom State Prison
P. O. Box 715071
Represa, CA  95671

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **December 21, 2007**, at San Francisco, California.

|  L. SORENSEN  |  /s/ L. Sorensen  |
| :---: | :---: |
| Typed Name | Signature |