RECEIVED

JAN 0 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1-2-08

Dear Office of the Clerk

C07-3232-JF

My name is Bryant E. Davis-V44561 and I am currently housed in the Administrative Segregation Unit at Folsom State Prison. I've been in the Administrative Segregation Unit for 4 months with 3 of those months I've been trying to get my Property from (FMSF) the Camp, sent to the Administrative Segregation Unit per institution procedure to retrieve the legal materials/document ect. that I need to prepare my answering briefs on my habeas Corpus ~~Appeal~~ petition. And yes I've written many 602s and filed all the paper that I can with no response as of todays date 1-2-08. And I would really like to not forfit my habeas Corpus petition because I'm not allowed access to my legal materials/documents ect. What I ~~what~~ would like for you to do is get me a Court order demanding that (FMSF/Camp) bring my Property to the Administrative Segregation Unit. Thank you for youre help in this matter.

Bryant E. Davis

BRYANT E DAVIS-V44561  (B4-A1-2(L))
Folsom State Prison
P.O. Box 950
Folsom, CA 95763

Legal Mail

PRISON GENERATED MAIL
FOLSOM STATE PRISON
PO BOX 715071
REPRESA CA 95671

MAILED FROM ZIP CODE 95672

Office of the Clerk, us District
Court Northern District of California
280 South First Street, Room 2112
San Jose, California 95113-3099