EXHIBIT F



Court of Appeal, First Appellate District, Div. 3 - No. A107183
**S141650**

# IN THE SUPREME COURT OF CALIFORNIA

### En Banc

THE PEOPLE, Plaintiff and Respondent,

v.

BRYANT EUGENE DAVIS, Defendant and Appellant.



Petition for review DENIED.

George, C.J., was absent and did not participate.

SUPREME COURT
**FILED**
MAY 10 2006
Frederick K. Ohlrich Clerk
_____
DEPUTY

Kennard

_____
Acting Chief Justice