# EXHIBIT J

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

DIVISION THREE

**FILED**

JAN 31 2006

Court of Appeal - First App. Dist.
DIANA HERBERT
By_____
DEPUTY

In re BRYANT EUGENE DAVIS,

on Habeas Corpus.

A112158

(Alameda County
Super. Ct. No. 143935A)

BY THE COURT:

Petitioner alleges, in pertinent part, that he was unlawfully sentenced because he was sentenced to five one-year terms based upon five prior prison term enhancements under Penal Code section 667.5, subdivision (b), when he only served four prior prison terms. The Attorney General agrees petitioner's allegations regarding his sentence state a prima facie case for relief. However, we agree with the Attorney General that the documents relied upon by petitioner, some of which were found in the files of petitioner's trial counsel, raise a factual question regarding the dates of petitioner's prior convictions.

On the basis of allegations set forth in the petition, petitioner has made a prima facie showing that he is entitled to relief. Accordingly, respondent is ordered to show cause before the Honorable Thomas N. Reardon of the Alameda County Superior Court, when the matter is placed on calendar, why petitioner should not be resentenced because his sentence was unauthorized. The order to show cause does not extend to any other issue raised in the petition for writ of habeas corpus. (See *People v. Duvall* (1995) 9 Cal.4th 464, 475 [limitation of issues in order to show cause acts as implicit determination that petitioner has failed to make a prima facie case as to other issues presented].)

I, DIANA HERBERT, CLERK OF THE COURT OF APPEAL STATE OF CALIFORNIA, FIRST APPELLATE DISTRICT, DO HEREBY CERTIFY THAT THE PRECEDING AND ANNEXED IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE.

WITNESS MY HAND AND THE SEAL OF THE COURT THIS 31st DAY OF Jan. 20 06

DIANA HERBERT, CLERK
BY B. Robinn DEPUTY

1

This order to show cause is to be served and filed on or before January 31, 2006. It shall be deemed served upon mailing by the clerk of this court of certified copies of this order to all parties to this proceeding and to the trial court. The clerk of this court shall also provide the trial court with copies of the petition for writ of habeas corpus, respondent's informal response to the petition, and petitioner's informal reply.

Respondent shall file a return with the trial court on or before March 2, 2006. (Cal. Rules of Court, rule 4.551(d).) Petitioner may file a denial or traverse within 30 days after such filing. (*Id.*, rule 4.551(e).) The trial court may shorten or lengthen these deadlines for good cause shown. (*Id.*, rule 4.551(h).)

If petitioner's entitlement to relief depends on the resolution of one or more issues of fact, the trial court must conduct an evidentiary hearing to resolve the disputed issues of fact. (Cal. Rules of Court, rule 4.551(f).) (McGuiness, P.J., Parrilli, J. & Pollak, J. participating.)

Dated: JAN 3 1 2006           McGUINESS, P.J.          P.J.