EXHIBIT K

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA         Dept. No. 011  yp

Date: **May 1, 2006**           Hon. C. DON CLAY, Judge           Brenda Hives, Dep.Clk.
Corrected: 07/03/06                                               Adrienne Peretti, Reporter

---

IN RE

BRYANT EUGENE DAVIS                    Counsel appearing        No Appearance, Deputy
                                       for Plaintiff            District Attorney
           Petitioner.

                                       Counsel appearing        No Appearance
                                       for Defendant


THE PEOPLE OF THE STATE OF CALIFORNIA,

      Respondent and Real Party in Interest.

---

Nature of Proceedings:   **ORDER OF THE COURT**                        Case No. **143935A**
                         **REGARDING PETITION FOR WRIT OF HABEAS CORPUS**   PFN: **ANM348**
                                                                       CEN: **2234127**

The Court having read and considered the Petition for Writ of Habeas filed on November 30, 2005, filed in the First District Court of Appeal, and the Return filed on March 1, 2006 by Respondent in response to the Order to Show Cause issued by the appellate court, **NOW HEREBY ORDERS:**

Petitioner has stated a prima facie case for relief. The matter is set for resentencing on May 1, 2006 at 2:00 p.m. in Department 11, to grant Petitioner the relief requested. Please find enclosed an endorsed/certified copy of the Order: Resentencing Hearing signed and filed on May 1, 2006 and of the amended Abstract of Judgment filed May 12, 2006.

## CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct: I am the clerk of the above-named court and not a party to this cause. I served **ORDER OF THE COURT and amended ABSTRACT OF JUDGMENT** by placing copies in envelopes addressed as shown below and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

| | | |
|---|---|---|
| Melissa R. Krum<br>Deputy District Attorney<br>Alameda County District Attorney's Office<br>900 Courthouse<br>1225 Fallon Street, 9th Floor<br>Oakland, CA 94612-6222 | Hilda Scheib, Esquire<br>P.O. Box 29098<br>San Francisco, CA 94129 | Court of Appeals<br>First District, Division Three<br>350 McAllister Street<br>San Francisco, CA 94102 |

Dated: July 3, 2006

By: _[signature]_
    Yolanda Phuong, Deputy Clerk

Y:\Typing\Typing2006\x143935A.pthc.doc
(Rev. 03/03)

| | |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA | Dept. No. 011  yp |
| Date: **May 1, 2006**    Hon. C. DON CLAY, Judge | Brenda Hives, Dep.Clk.<br>Adrienne Peretti, Reporter |

IN RE

JEREMIAH BIRCHETT

        Petitioner.

Counsel appearing for Plaintiff    No Appearance, Deputy District Attorney

Counsel appearing for Defendant    No Appearance

THE PEOPLE OF THE STATE OF CALIFORNIA,

        Respondent and Real Party in Interest.

Nature of Proceedings: **ORDER OF THE COURT REGARDING PETITION FOR WRIT OF HABEAS CORPUS**

Case No. **143935A**
PFN: **ANM348**
CEN: **2234127**

The Court having read and considered the Petition for Writ of Habeas filed on November 30, 2005, filed in the First District Court of Appeal, and the Return filed on March 1, 2006 by Respondent in response to the Order to Show Cause issued by the appellate court, **NOW HEREBY ORDERS**:

Petitioner has stated a prima facie case for relief. The matter is set for resentencing on May 1, 2006 at 2:00 p.m. in Department 11, to grant Petitioner the relief requested. Please find enclosed an endorsed/certified copy of the Order: Resentencing Hearing signed and filed on May 1, 2006 and of the amended Abstract of Judgment filed May 12, 2006.

### CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct: I am the clerk of the above-named court and not a party to this cause. I served **ORDER OF THE COURT** and amended **ABSTRACT OF JUDGMENT** by placing copies in envelopes addressed as shown below and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

| | | |
|---|---|---|
| Melissa R. Krum<br>Deputy District Attorney<br>Alameda County District Attorney's Office<br>900 Courthouse<br>1225 Fallon Street, 9th Floor<br>Oakland, CA 94612-6222 | Hilda Scheib, Esquire<br>P.O. Box 29098<br>San Francisco, CA 94111-4067 | Court of Appeals<br>First District, Division Three<br>350 McAllister Street<br>San Francisco, CA 94102 |

Dated: May 19, 2006.

By: _____
    Yolanda Phuong, Deputy Clerk

C:\Documents and Settings\yphuong\Local Settings\Temporary Internet Files\OLK14F\x143935Apthc.doc
(Rev. 03/03)

**ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE
SINGLE, CONCURRENT, OR FULL-TERM CONSECUTIVE COUNT FORM**
[Not to be used for multiple count convictions or for 1/3 consecutive sentences.]   CR-290.1

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA | | |
|---|---|---|
| BRANCH OR JUDICIAL DISTRICT   RENE C. DAVIDSON COURTHOUSE | | |

FILED ALAMEDA COUNTY MAY 1 2 2006 CLERK OF THE SUPERIOR COURT By _____ Deputy

| PEOPLE OF THE STATE OF CALIFORNIA vs. | DOB: 03-07-65 | CASE NUMBER 143935A |
|---|---|---|
| DEFENDANT: BRYANT EUGENE DAVIS | | |
| AKA: | | |
| CII#: 07437798 | | |
| BOOKING INFORMATION: PFN ANM348   CEN: 2234127 | ☐ NOT PRESENT | |
| COMMITMENT TO STATE PRISON ABSTRACT OF JUDGMENT | ☐ AMENDED ABSTRACT | |

| DATE OF HEARING 05-01-06 | DEPT. NO. 011 | JUDGE C. DON CLAY |
|---|---|---|
| CLERK Brenda Hives | REPORTER Adrienne Peretti | PROBATION NUMBER OR PROBATION OFFICER --- |
| COUNSEL FOR PEOPLE   ☐ Deputy District Attorney   ☐ State Attorney General --- | | COUNSEL FOR DEFENDANT   ☐ Deputy Public Defender   ☒ Private Counsel Spencer Strellis |

1. Defendant was convicted of the commission of the following felony:

| CNT. | CODE | SECTION NO. | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (Month/Date/Year) | CONVICTED BY Jury | Court | Plea | Term L, M, U | TIME IMPOSED YRS. | MOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | PC | 211** | ROBBERY-SECOND DEGREE | 2002 | 05-21-04 | X | | | U | 5 | 0 |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| COUNT | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTION OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 667.5(b) | 1Y | 667.5(b) | 1Y | 667.5(b) | 1Y | 667.5(b) | 1Y | 4   0 |

4. ☐ Defendant was sentenced pursuant to PC 667 (b)-(i) or PC 1170.12 (two-strikes).
5. FINANCIAL OBLIGATIONS (including any applicable penalty assessments):
   Restitution Fine(s) of: $_____ per PC 1202.4(b) forthwith per PC 2085.5; $_____ per PC 1202.45 suspended unless parole is revoked.
   Restitution per PC 1202.4(f): ☐ $_____ / ☐ Amount to be determined   to: ☐ victim(s)*   ☐ Restitution Fund
   (*List victim name(s) if known and amount breakdown in item 7, below.)
   Fine(s): $_____ per PC 1202.5.   $_____ per VC 23550 or _____ days   ☐ county jail   ☐ prison in lieu of fine   ☐ CC   ☐ CS
   Lab Fee: $_____ per HS 11372.5(a) for counts _____.   ☐ Drug Program Fee of $150 per HS 11372.7(a).
6. TESTING:   a. ☐ AIDS pursuant to PC 1202.1   b. ☐ DNA pursuant to PC 296   c. ☐ other (specify):
7. Other orders (specify):
8. TOTAL TIME IMPOSED EXCLUDING COUNTY JAIL TERM:   **9   0**
9. ☐ This sentence is to run concurrent with (specify):
10. Execution of sentence imposed
    a. ☐ at initial sentencing hearing.                    d. ☐ at resentencing per recall of commitment. (PC 1170(d).)
    b. ☒ at resentencing per decision on appeal.           e. ☐ other (specify):
    c. ☐ after revocation of probation.

| 11. | DATE SENTENCE PRONOUNCED 05-01-2006 | CREDIT FOR TIME SPENT IN CUSTODY | TOTAL DAYS: INCLUDING: | ACTUAL LOCAL TIME --- | LOCAL CONDUCT CREDITS --- | ☐ 4019 ☐ 2933.1 | SERVED TIME IN STATE INSTITUTION ☐ DMH   ☐ CDC   ☐ CRC |
|---|---|---|---|---|---|---|---|

12. The defendant is remanded to the custody of the sheriff   ☐ forthwith   ☐ after 48 hours excluding Saturdays, Sundays, and holidays.
    To be delivered to:   ☐ reception center designated by Director, California Department of Corrections:   ☐ San Quentin   ☐ Chowchilla
    ☒ Other (specify): Department of Corrections, P.O. Box 942883, Sacramento, CA 94283-0001.
    **CLERK OF THE COURT:** I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

| DEPUTY'S SIGNATURE Yolanda Phuong | DATE 05-12-06 |
|---|---|

This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

| Form Adopted for Mandatory Use Judicial Council of California CR-290.1 - (Rev. January 1, 2003) | ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE SINGLE, CONCURRENT, OR FULL-TERM CONSECUTIVE COUNT FORM | Penal Code sections 1170, 1213, 1213.5 |
|---|---|---|

Y:\Typing\Typing2006\x143935A.doc

FILED
ALAMEDA COUNTY
MAY 0 1 2006
By _____

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

# IN AND FOR THE COUNTY OF ALAMEDA

| | |
|---|---|
| In re BRYANT EUGENE DAVIS,<br><br>Petitioner,<br><br>On Habeas Corpus. | Alameda County Superior Court<br>No. 143935A<br>[Court of Appeal No. A112158]<br><br>ORDER<br>RE: Resentencing Hearing |

Petitioner Bryant Eugene Davis ("Petitioner) filed a petition for writ of habeas corpus on November 30, 2005, in the Court of Appeal, First Appellate District, Division Three (the "Petition"). In his Petition, Petitioner alleged that his sentence was unauthorized, because he was sentenced to five one-year terms based upon five prior prison term enhancements under Penal Code § 667.5(b), when he had only served four prior prison terms. The Attorney General agreed Petitioner's allegations regarding his sentence stated a prima facie case for relief.

On January 31, 2006, the Court of Appeal, First Appellate District, Division Three, agreed with the Attorney General that Petitioner had stated a prima facie case for relief, but that documents relief upon by Petitioner to support his position, raised a factual question regarding the dates of Petitioner's prior convictions. Therefore, the appellate court ordered respondent to show cause

1

before the Alameda County Superior Court, why Petitioner "should not be resentenced because his sentence was unauthorized." The Court of Appeal further ordered that "[i]f petitioner's entitlement to relief depends on the resolution of one or more issues of fact, the trial court must conduct an evidentiary hearing to resolve the disputed issues of fact."

Respondent District Attorney of the County of Alameda timely filed a return on March 1, 2006. In it Respondent conceded that Petitioner was correct with respect to having served four instead of five prior prison terms.[1] In conclusion, Respondent requested that this court resentence Petitioner as follows:

> five years for the aggravated term of Penal Code section 211, one year for the Second Prior Conviction, one year for the Fourth Prior Conviction, one year for the Fifth Prior Conviction, and one year for the Eighth Prior Conviction, all to run consecutively, for a total of nine years.

(See Respondent's Return, p.2:26-3:1.)

Having read and considered the Petition, the papers in opposition thereto and Respondent's return, the court HEREBY ORDERS:

---

[1] Respondent's return at p.2:2-11 explained as follows:
> ... the sentences for felony convictions in Alameda County docket numbers 123375 and 122032B were served concurrently. On March 8, 1995, petitioner pled no contest to a violation of Penal Code section 12021, subdivision (a), felon in possession of a firearm, in docket number 122375. (Exhibit A.) On April 5, 1995, the sentencing judge sentenced petitioner to two years in state prison. (Exhibit A.) Two days later, on April 7, 1995, petitioner was sentenced on another felony case, docket number 122032B. (Exhibit B.) There, petitioner pled no contest to a violation of Health and Safety Code section 11351, possession for sale of a controlled substance. (Exhibit B.) He was sentenced forthwith to a term of two years in the state prison "concurrent with any time [he was then] servicing." (Exhibit B, Change of Plea State Prison Commit. at p.2.)

2

1. Petitioner has stated a prima facie case for relief with regard to his allegation that he was unlawfully sentenced.

2. The matter is, therefore, set for a resentencing hearing on _May 1_, 2006, at _2:00_ p.m. in Department 11 of the Alameda County Superior Court before the Honorable C. Don Clay.

3. At the time of the resentencing hearing, the court intends to grant Petitioner relief as requested and reverse imposition of one prior prison term enhancement under Pen. Code § 667.5(b).

4. The court notes that neither Petitioner or his counsel specifically requested to be present at the resentencing hearing. Further, since the court intends to resentence Petitioner pursuant to his request, there is no need for Petitioner to appear.

IT IS SO ORDERED.

_5-1-06_
Date

C. Don Clay
Judge of the Superior Court