NC

BRYANT E. DAVIS, CDCR V-44561
F.S.P. 5-AB2-31
P.O. Box 950
Folsom, CA. 94102-3664
In pro se.

FILED

2008 FEB 2- P 4: 21

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| BRYANT E. DAVIS,<br>Petitioner,<br><br>vs.<br><br>MATT KRAMER, Warden,<br>Respondent. | CASE No. C-07-3232 JF (PR)<br><br>MOTION : SEEKING AN<br>ENLARGEMENT OF TIME<br><br>Fed. R. App. Proc., RULE 26<br>Civ. L.R., RULE 7-8(a) |

TO THE HONORABLE JEREMY FOGEL, UNITED STATES DISTRICT JUDGE IN THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION.

Comes now, Bryant E. Davis, the movant / petitioner in the above-entitled act, MOTION SEEKING ENLARGEMENT OF TIME, do so now move the Honorable, Jeremy Fogel, United State District Court Judge, for the Northern District of California, to grant the movant / petitioner an THIRTY [30] DAY, extension of time, which is needed by the petitioner to dispute the respondent's dismissal motion alleging failure to exhaust state remedies. This motion shall be base upon the petitioner separate, SUPPORT DECLARATION, and it's MEMORANDUM OF POINTS AND AUTHORITIES, which is attached to this motion.

Dated: 2-21-08

Respectfully Submitted

Bryant E. D____

Bryant E. Davis
In pro se.

1

MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF BRYANT E. DAVIS MOTION
SEEKING AN ENLARGEMENT OF TIME

<u>Houston v Lack</u> 108 S.Ct. 2379
<u>Hayward v Britt</u> 572 F.2d 1324(9th Cir. 1978
<u>Miller v Sumner</u> 872 F.2d 287(9th Cir. 1989)
<u>Pettibone v Cupp</u> 666 F.2d 333(9th Cir. 1981)
Fed. R. App. Proc. , RULE 26
Civ. L.R. , RULE 7-8(a)

2



PROOF OF SERVICE

IN THE U.S. DISTRICT COURT IN THE
NORTHERN DISTRICT OF CALIFORNIA

FILED
2008 FEB 26 P 4: 21
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. (S.J.)

(C.C.P. § 1013(a) & 2015.5 ; 28 U.S.C. § 1746)

I , BRYANT E. DAVIS , am a inmate / resident at (OLD) FOLSOM STATE PRISON , in Sacrament County , in the state of California . My Prison Number is V-44561 , I am over 18yrs of age , and I am a party to the above-entitled action .

My prison address is :
F.S.P. 5-BA2-31
P.O. Box 950
Folsom , CA. 95763

On FEBRUARY , 2008 , I served the following document:
(1). MOTION : SEEKING ENLARGEMENT OF TIME
(2). SUPPORT DECLARATION
(3). PROPOSED ORDER

ON THE FOLLOWING PARTIES:

To: CLERK , STATE OF CALIFORNIA
ATTORNEY GENERAL OFFICE
455 GOLDEN GATE AVE , STE. 11000
SAN FRANCISCO , CA. 94102-3667

Office of the Clerk, U.S. District Court
Northern District of California
280 South First Street, Room 2112
San Jose, California 95113-3095

VERIFICATION

(C.C.P. § 446 & 2015.5 ; 28 U.S.C. § 1746)

I , BRYANT E. DAVIS , declare under pental of perjury , that I am the , Declarant / Petitioner , in the above-entitle action ; having read the foregoing document and know the contents thereof and the same is true and correct .

Executed on this the 21 day of February 2008 . At (OLD) FOLSOM STATE PRISON , in Represa , California .

Bryant E D____
DECLARANT / PETITIONER SIGNATURE



Bryant Davis - V44561
Folsom State Prison
P.O. Box 950
Folsom, CA 95763

Legal Mail

(5-A62-31)

PRISON GENERATED MAIL
FOLSOM STATE PRISON
PO BOX 715071
REPRESA CA 95671



Bryant Davis-V44561
Folsom State Prison
P.O. Box 950
Folsom, CA 95763

(S-AB2-31)

PRISON GENERATED MAIL
FOLSOM STATE PRISON
PO BOX 715071
REPRESA CA 95671

Legal Mail

Office of the Clerk, U.S. District Court, Northern District of California
280 South First Street, Room 2112
San Jose, California 95113-3045