NC

BRYANT E. DAVIS , CDCR V-44561
F.S.P. 5-AB2-31
P.O. Box 950
Folsom , CA. 94102-3664
In pro se.

FILED

2008 FEB 27  P 4: 21

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| BRYANT E. DAVIS ,<br>    Petitioner ,<br><br>vs.<br><br>MATT KRAMER , Warden ,<br>    Respondent . | CASE No. C-07-3232 JF (PR)<br><br>SUPPORT DECLARATION OF<br>BRAYANT E. DAVIS SEEKING AN<br>ENLARGEMENT OF TIME MOTION<br><br>Civ. L.R. , RULE 7-8(a) |

SUPPORT DECLARATION OF BRYANT E. DAVIS

I ; <u>Bryant E. Davis</u> , the movant , petitioner and declarant , in the above-entitle action, SUPPORT DECLARATION , SEEKING ENLARGEMENT OF TIME , do so now state as follows:

(1). I am currently incarcerated in the California Department of Corrections and Rehabilitation , at (OLD) Folsom State Prison .

(2). The prison is currently on lock down do to a prison riot to which I was not involved .

(3). The respondent raise a complicated issues which the declarant has been diligently researching .

(4). However I am not legally literate and as such , research and preparation has been tedious and time consuming .

(5). The declarant is indigent and can not afford an

1

attorney to assist him with on this complex legal matter .

(6). The respondent served the declarant with a document that was approximately 168 pages long .

(7). The declarant needs additional thirty [30] days extension of time to contest the respondents dismissal motion .

## VERIFICATION

I , <u>Bryant E. Davis</u> , the movant , petitioner and declarant do so now swear under the penalty of perjury that each of the above-listed statements of facts are true and correct .

Dated: 2-21-08

Respectfully Submitted

*Bryet E D*
Bryant E. Davis
In pro se.

2