

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| BRYANT E. DAVIS ,<br>    Petitioner ,<br><br>vs.<br><br>MATT KRAMER , Warden ,<br>    Respondent . | DOCKET NO: C-07-3232 JF (PR)<br><br>PROPOSED ORDER : GRANTING PETITIONER'S MOTION TO QUASH RESPONDENT'S DISMISSAL MOTION |

　　　　GOOD CAUSE APPEARING , petitioner's Opposition Motion to respondent's dismissal motion granted , the petitioner's 28 U.S.C. § 2254 federal habeas petition meets the requisites of the Anti-Terrorism and Effective Death Penalty Act of 1996 (AEDPA) as defined by United States Supreme Court precedent .

Dated:_____

　　　　　　　　　　　　　　　　　　　　Hon. JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: DAVIS vs KRAMER

DOCKET No. C-07-3233 JF (PR)

I __Bryant E. Davis__, the petitioner and declarant so now swear the following:

(1). That I am over 18 years of age.

(2). I am current incarcerated by the California Department of Corrections and Rehabilitation. At (OLD) FOLSOM STATE PRISON, in Represa California.

(3). That my prison file number is, __V-44561__

(4). My prison address is:
BRYANT E. DAVIS, CDCR# V-44561
F.S.P. 5-AB2-31
P.O. Box 950
Folsom, CA. 95763

---

That on __MARCH 25, 2008__, declarant served the following documents:

(1). OPPOSITION MOTION

(2). PROPOSED ORDER

On the following parties:

| | |
|---|---|
| To: CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE DIVISION<br>280 SOUTH FIRST St., Rm 2112<br>San Jose, CA. 95113-3095 | Ms. JOAN KILLEEN, Esq.<br>DEPUTY ATTORNEY GENERAL<br>455 GOLDEN GATE AVE, Ste 11000<br>San Francisco, CA. 94112 |

### VERIFICATION

I, __Bryant E. Davis__, do so now declare that the above is true and correct under the penalty of perjury.

Dated: 3-25-08

DECLARANT / PETITIONER SIGNATURE

*[Filed stamp: MAR 27 2008, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE]*