NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYANT E. DAVIS, | No. C 07-3232 JF (PR) |
| Petitioner, | ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION |
| v. | |
| JOHN DOE, et al., | |
| Respondents. | (Docket No. 11) |

Petitioner filed a motion seeking an enlargement of time to file an opposition to Respondent's motion to dismiss. Good cause appearing, Petitioner's motion for an enlargement of time (docket no. 11) is GRANTED. Petitioner's opposition filed on March 27, 2008, is deemed timely filed.

IT IS SO ORDERED.

Dated: 5/30/08

JEREMY FOGEL
United District Court Judge

Order Granting Motion For Enlargement of Time to File Opposition
P:\PRO-SE\SJ.JF\HC.07\Davis3232.eot-oppo.wpd